Date: 07/09/10                                                                                                                  Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 108 Dated 07/09/10

Case Number 09-40630 - MARQUARDT, JOANNE MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Advanta Bank Corp**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>    FINAL DISTRIBUTION<br>    6518 | 000001 | 6,733.77 | 4.37 |
| **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>    FINAL DISTRIBUTION<br>    1009 | 000005 | 5,502.86 | 3.57 |
| **PYOD LLC its successors and assigns as assignee of**<br>**Citibank**<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>    FINAL DISTRIBUTION<br>    0761 | 000006 | 6,338.11 | 4.11 |
| ---------- Remittance Total ------------- | | 18,574.74 | 12.05 |

John A. Hedback, Trustee

COURTI                                                                                     Printed: 07/09/10 11:29 AM   Ver: 15.10b